UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **ROBERT M. STAGNER,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 4:07CV1414-DJS |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on August 14, 2008 [Doc. #21], and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #21] is accepted and adopted.

Dated this ___3rd___ day of September, 2008.

                          /s/Donald J. Stohr
                          UNITED STATES DISTRICT JUDGE